UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMASZ KARWAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK BLOOD CENTER ENTERPRISES,<br><br>Defendant. | Case No.: 1:25-cv-07784 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Tomasz Karwas, by and through his undersigned counsel of record, and hereby voluntarily dismisses the above-captioned action, without prejudice, prior to an answer being filed, pursuant to Rule 41(a)(1)(A)(i).

Dated: October 17, 2025

Respectfully submitted,

*/s/ Gary E. Mason*
Gary E. Mason (NY Bar No. 2163467)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
(202) 429-2290
gmason@masonllp.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 17, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

                                                */s/ Gary E. Mason*
                                                Gary E. Mason